IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No. 26-cv-04830-GPG

FREDY LEONEL PAZ GOMEZ,

Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, in his official capacity, and
DAVID VENTURELLA, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity,

Respondents.

---

**ORDER**

---

Before the Court is Petitioner's Motion to Enforce the Granted Habeas Corpus (D. 12). The Court DENIES the motion for the following reasons.

On October 2, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing under § 1226(a) "at which Respondents bear the burden of proof of showing his continued detention is proper and was proper at the time of his arrest" (D. 4). On October 13, 2026, Petitioner received a bond hearing in front of an immigration judge (IJ) (D. 8). The IJ denied bond on the basis that "the Department has established by a preponderance of the evidence that Respondent presents a risk of flight and by clear and convincing evidence that Respondent presents a danger to the community" (D. 8-1 at 3). The IJ found that Petitioner's criminal history makes him a

danger to the community, and that he poses a flight risk because he has a history of failing to appear in court and his likelihood of obtaining relief from removal is low (*id.*). Petitioner argues that the IJ failed to comply with this Court's Order because the IJ's written decision does not mention the clear and convincing standard, does not contain any analysis or expressly mention any evidence, and does not identify how the evidence meets the applicable standard (D. 12).

Upon review of the IJ's written decision (D. 8-1), the Court does not find there is sufficient evidence that the bond hearing failed to comply with the Court's Order. The IJ identified the applicable burden of proof as on the government, and, contrary to Petitioner's argument, discussed the reasons and evidence supporting the findings that he is a danger to community and poses a flight risk. The IJ's order clearly indicates that the IJ considered all evidence presented and found that the government had met its burden of showing that Petitioner is a danger to community and flight risk.

Accordingly, Petitioner's motion to enforce is DENIED.

DATED October 30, 2026.

BY THE COURT:

Gordon P. Gallagher
United States District Judge